AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 04/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

700 Stewart Street, 14th Floor
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | Trustee | Foundation # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Paintings sold for cash. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | January 24-25, 2013 | New York, New York | Litigating Disability Claims | Airfare, Lodging, Trasportation, and Parking |
| 2. | American Conference Institute | February 27-28, 2013 | Houston, Texas | Admiralty & Maritime Claims | Airfare, Lodging, Transportation, and Parking |
| 3. | American Conference Institute | March 5-8, 2013 | Chicago, Illinois | Medical Device Patents | Airfare, Lodging, Transportation, and Parking |
| 4. | American Conference Institute | April 29-30, 2013 | Philadelphia, Pennsylvania | Bad Faith Litigation | Airfare, Lodging, Transportation, and Parking |
| 5. | Center for Advanced Studies in IP Law | May 9-18, 2013 | Shanghai, China | FRAND Patents | Airfaire, Lodging, Transportation, and Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robart, James L.** | 04/22/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | Munich Patent Law Association | June 11-15, 2013 | Munich, Germany | FRAND Patents | Airfare, Lodging, Transportation, and Parking |
| 7. | Sedona Conference | October 9-11, 2013 | Del Mar, California | Patents | Airfaire, Lodging, Transportation, and Parking |
| 8. | IP Law section | October 28-19, 2013 | San Diego, California | RAND Patents | Airfaire, Lodging, Transportation, and Parking |
| 9. | City University of London | November 2-8, 2013 | London, England, United Kingdom | FRAND Patents | Airfaire, Lodging, Transportation, and Parking |
| 10. | American Conference Institute | November 21-22, 2013 | Miami, Florida | Bad Faith Litigation | Airfaire, Lodging, Transportation, and Parking |
| 11. | American Conference Institute | December 10-11, 2013 | New York, New York | Patent Litigation | Airfaire, Lodging, Transportation, and Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| **Robart, James L.** | 04/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Whitman College | Multi-year pledge | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | J | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2013 - $264,700) | A | Rent | N | S | | | | | |
| 4. Seattle, WA King Cnty Rental Property (2013 - $209,000) | D | Rent | | | Sold | 08/13/13 | M | E | |
| 5. Bank of Washington Common Stock | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. -- Starbucks Common Stock | E | Dividend | P1 | T | Donated (part) | | | | |
| 8. --Starbucks | | | | | Sold | 02/01/13 | M | G | |
| 9. -- Schwab Money Fund | A | Interest | K | T | | | | | |
| 10. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 11. -- Gabriel Technologies Corp. | | None | J | T | | | | | |
| 12. -- MSCI Em. Mkts I-Shares | D | Dividend | O | T | | | | | |
| 13. -- MSCI EAFE Index Fund | D | Dividend | N | T | | | | | |
| 14. -- S&P 600 I-Shares | E | Dividend | O | T | Sold (part) | 02/01/13 | L | E | |
| 15. -- Vanguard REIT Fund | A | Dividend | N | T | | | | | |
| 16. -- S&P 500 IShares | E | Dividend | O | T | Sold (part) | 02/01/13 | M | B | |
| 17. -- Boston Priv. Fin. Hldg. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron Common Stock | D | Dividend | N | T | | | | | |
| 19. Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 20. BROKERAGE IRA #1 | | | | | | | | | |
| 21. -- MSCI EAFE Index I-Shares | D | Dividend | P1 | T | Sold (part) | 08/28/13 | K | | |
| 22. -- S&P Small Cap 600 IShares | D | Dividend | O | T | | | | | |
| 23. -- SW Bank of St. Louis CD | A | Interest | | | Matured | 01/16/13 | L | | |
| 24. -- Nat. City Bank CD | A | Interest | | | Matured | 04/09/13 | L | | |
| 25. -- First Bank of Puerto Rico CD | B | Interest | | | Matured | 07/11/13 | K | | |
| 26. -- GE Capit. Notes | C | Interest | L | T | | | | | |
| 27. -- Banco Pop. Corp. N.A. CD | B | Interest | | | Matured | 07/16/13 | L | | |
| 28. -- GE Money Bank CD | B | Interest | | | Matured | 10/09/13 | L | | |
| 29. -- S&P 500 I-Shares | D | Dividend | O | T | Buy (add'l) | 08/28/13 | M | | |
| 30. -- Schwab Money Fund | A | Interest | L | T | | | | | |
| 31. -- Capmark Bank CD | C | Interest | L | T | | | | | |
| 32. -- SallieMae Bank CD | C | Interest | L | T | | | | | |
| 33. -- U.S. TIPS | C | Interest | O | T | Buy (add'l) | 04/18/13 | M | | |
| 34. -- Vanguard REIT | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Emrg. Mkt. I-Share | D | Dividend | N | T | Sold (part) | 08/28/13 | K | D | |
| 36. -- General Mills Notes | C | Interest | L | T | | | | | |
| 37. -- Bank of America Notes | B | Interest | M | T | | | | | |
| 38. -- Morgan Stanley Notes | D | Interest | M | T | | | | | |
| 39. --CISCO Systems Note | D | Interest | M | T | | | | | |
| 40. -- Discover Bank CD | B | Interest | M | T | | | | | |
| 41. --Goldman Sachs Notes | C | Interest | M | T | | | | | |
| 42. --Pfizer Notes | C | Interest | M | T | | | | | |
| 43. --GE Cap. Bank CD | B | Interest | M | T | | | | | |
| 44. --Goldman Sachs BK CD | B | Interest | M | T | | | | | |
| 45. --Conoco Phillips Notes | D | Interest | M | T | Buy | 07/01/13 | M | | |
| 46. --GE Cap Retail CD | A | Interest | M | T | Buy | 10/15/13 | M | | |
| 47. BROKERAGE IRA #2 | | | | | | | | | |
| 48. -- Janus Balanced Mut. Fund | A | Dividend | K | T | | | | | |
| 49. -- T.R. Price New Asia Mut. Fund | B | Dividend | K | T | | | | | |
| 50. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 51. -- MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- S&P 500 I-Shares | B | Dividend | M | T | | | | | |
| 53. -- MSCI Em. Mkts I Share | B | Dividend | L | T | | | | | |
| 54. -- S&P Small Cap 600 I Shares | A | Dividend | L | T | | | | | |
| 55. --IBM | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 56. --Vanguard REIT | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 57. FOUNDATION # 1 | | | | | | | | | |
| 58. -- Boeing Common Stock | B | Dividend | L | T | Sold (part) | 11/06/13 | J | D | |
| 59. -- Exxon Mobil Common Stock | B | Dividend | K | T | | | | | |
| 60. -- IBM Common Stock | B | Dividend | L | T | | | | | |
| 61. -- 3M Common Stock | B | Dividend | L | T | Sold (part) | 11/06/13 | J | D | |
| 62. -- RBC Prime Money Fund | C | Dividend | L | T | | | | | |
| 63. -- Keeley Sm. Cap. Fund | A | Dividend | M | T | | | | | |
| 64. -- Russell Emerg. Mkts FD | A | Dividend | L | T | | | | | |
| 65. -- Eaton Vance Strag Income FD | D | Interest | M | T | | | | | |
| 66. -- Pimco Bd. Fund | B | Interest | M | T | | | | | |
| 67. -- J.P. Morgan Strag Income Bd. Fund | D | Interest | M | T | | | | | |
| 68. -- Praxair | A | Dividend | L | T | Sold (part) | 11/06/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- IShares Med Devices | A | Dividend | L | T | | | | | |
| 70. -- IShares Tech Index | A | Dividend | L | T | | | | | |
| 71. -- IShares Consumer Serv Index | A | Dividend | L | T | Sold (part) | 11/06/13 | J | D | |
| 72. -- J.P. Morgan Large Cap Fund | B | Dividend | O | T | | | | | |
| 73. -- Pimco All Assets Fund | D | Dividend | M | T | | | | | |
| 74. -- Prinicipal Mid-Cap Fund | B | Dividend | O | T | | | | | |
| 75. -- Henderson Glb. Equ. | D | Dividend | M | T | | | | | |
| 76. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 77. TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 78. -- 6/30/13 Note | B | Interest | | | Matured | 06/06/13 | L | | |
| 79. 7MB Tech. Corp. | | None | K | T | Buy | 12/12/13 | K | | |
| 80. Builders Capital Part. | D | Dividend | N | T | Buy | 09/09/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 04/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544